JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAPHETH MATUTE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social<br>Security Administration,<br><br>    Defendant. | Case No. CV 17-87-AB (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Granting Voluntary Dismissal,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: September 22, 2017

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE